**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | : | Case No.: 14-58470 |
| | : | |
| James Kinney | : | Chapter 13 |
| Diane Anderson-Kinney | : | |
| | : | |
| Debtors. | : | Judge Hoffman |

## DEBTORS' MOTION TO MODIFY PLAN POST-CONFIRMATION

Debtors move the Court to modify their Chapter 13 Plan. In support of this motion, they aver the following:

1. The Chapter 13 Plan, confirmed on February 2, 2015, presently calls for them to pay $1695.00 per month and a 100% dividend to the general unsecured creditors. The plan was modified previously on June 9, 2015.

2. Mrs. Anderson-Kinney is temporarily in a nursing home and has incurred medical expenses; therefore, Debtors would like to lower their plan payment to $550 per month from January 2016-March 2016. The plan payment would resume at $1695 per month beginning in April 2016. The unsecured dividend would remain 100%.

3. The modification proposed by the Debtors will not negatively affect unsecured creditors.

4. A proposed modified Plan is attached hereto and a copy of the same, together with a copy of this motion, has been sent to the Chapter 13 Trustee, U.S. Trustee, and to the holders of all claims.

**WHEREFORE,** Debtors pray that they be permitted to modify the Plan to conform to the attached modified Plan pursuant to 11 U.S.C. Sec. 1329.

Dated: 12/22/15 /s/ Erin E. Schrader
Erin E. Schrader   0078078
5 East Long Street Suite 300
Columbus OH 43215
614-228-4480

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | : | Case No.: 14-58470 |
| | : | |
| James Kinney | : | Chapter 13 |
| Diane Anderson-Kinney | : | |
| | : | |
| Debtors. | : | Judge Hoffman |

## MODIFICATION TO CONFIRMED CHAPTER 13 PLAN

Now come Debtors to modify the Plan to state:

**Debtors shall lower their plan payment to $550 per month from January 2016-March 2016. The plan payment will resume at $1695 per month beginning in April 2016. The unsecured dividend will remain 100%.**

Dated**:** 12/22/15                                                         /s/ Erin E. Schrader
                                                                                            Attorney for Debtor

### Debtor's Verification

We declare under penalty of perjury that we have read the attached modification and that it is true and correct to the best of our knowledge, information or belief.

Executed: 12/22/15                                              /s/ James Kinney


                                                                                 /s/ Diane Anderson-Kinney

                                                                                 Debtors

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | Case No.: 14-58470 |
| | : | |
| James Kinney | : | Chapter 13 |
| Diane Anderson-Kinney | : | |
| | : | |
| Debtors. | : | Judge Hoffman |

## NOTICE AND CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing attached Motion was served by Ordinary U.S. Mail this date on the parties whose names and full addresses are listed below as and for **NOTICE** that the attached Motion has been filed. The undersigned will present to the Court a proposed Order granting the Motion sought unless within twenty-one (21) days after this date a written Memorandum in Opposition, along with a Request for a Hearing on such opposition, is filed with the Clerk of Court, 170 N. High Street, Columbus, Ohio and served on the undersigned.

Dated: 12/28/15

/s/ Erin E. Schrader
Erin E. Schrader   0078078
5 East Long Street Suite 300
Columbus OH 43215
614-228-4480

Copies to:

2:14-bk-58470|Asst US Trustee (Col) |Office of the US Trustee|170 North High Street|Suite 200|Columbus, OH 43215-2417||
2:14-bk-58470|CERASTES, LLC |C O WEINSTEIN, PINSON AND RILEY, PS|2001 WESTERN AVENUE, STE 400|SEATTLE, WA 98121-3132| ||
2:14-bk-58470|Capital One |Bankruptcy Dept.|P.O. Box 85667|Richmond, VA 23285| ||
2:14-bk-58470|Care Credit |GE Card Services|PO Box 966061|Orlando, FL 32896-0001| ||
2:14-bk-58470|Cavalry SPV I, LLC |500 Summit Lake Drive, Ste 400|Valhalla, NY 10595-1340| |||
2:14-bk-58470|Cavalry SPV I, LLC |Bass & Associates, P.C.|3936 E. Ft. Lowell Road, Suite #200|Tucson, AZ 85712-1083| ||
2:14-bk-58470|Chase |P.O. Box 15298|Wilmington, DE 19850-5298| |||
2:14-bk-58470|Citibank |P.O. Box 209012|Brooklyn, NY 11220| |||
2:14-bk-58470|Citibank, N.A. |701 East 60th Street North|Sioux Falls, SD 57104-0493| |||
2:14-bk-58470|Connecticut Department of Revenue Service |C & E Division, Bankruptcy Section|25 Sigourney St Ste 2|Hartford, CT 06106-5032| ||
2:14-bk-58470|Dick Masheter Ford |1090 S. Hamilton Rd.|Columbus, OH 43227-1387| |||
2:14-bk-58470|Doubleday Book Club |POB 6350|Harlan, IA 51593-1850| |||
2:14-bk-58470|Dr. Robert Lowe |181 Granville St|Columbus, OH 43230-2967| |||
2:14-bk-58470|Exxon Mobil |POB 6404|Sioux Falls, SD 57117-6404| |||
2:14-bk-58470|FORD MOTOR CREDIT COMPANY|P O BOX 62180|COLORADO SPRINGS CO 80962-2180||||preferred
2:14-bk-58470|JC Penney |Bankruptcy Dept.|P.O. Box 103162|Roswell, GA 30076| ||
2:14-bk-58470|Juniper Card Services |Po Box 13337|Philadelphia, PA 19101-3337| |||
2:14-bk-58470|PORTFOLIO RECOVERY ASSOCIATES LLC|PO BOX 41067|NORFOLK VA 23541-1067||||preferred
2:14-bk-58470|Publishers Clearing House |c/o NSA Collections|POB 9221|Old Bethpage, NY 11804-9021| ||
2:14-bk-58470|Sears |POB 6283|Orlando, FL 32896-0001| |||
2:14-bk-58470|State of Ohio Department of Taxation |PO Box 182402|Columbus, OH 43218-2402| |||
2:14-bk-58470|US Alliance VISA |POB 37603|Philadelphia, PA 19101-0603| |||
2:14-bk-58470|USALLIANCE FEDERAL CREDIT UNION |18 COMMERCE WAY, STE 7100|WOBURN, MA 01801-5142| |||
2:14-bk-58470|eCAST Settlement Corporation assignee of Cit|NA|POB 29262|New York NY 10087-9262| ||
2:14-bk-58470|Diane Anderson-Kinney |1237 Park Plaza Dr.|Columbus, OH 43213-2648||||
2:14-bk-58470|Erin E. Schrader |Rauser & Associates|5 E. Long Street, Suite 300|Columbus, OH 43215-2915|||
2:14-bk-58470|Faye D. English |Chapter 13 Trustee|10 West Broad Street|Suite 900|Columbus, OH 43215-3449 ||
2:14-bk-58470|James Kinney |1237 Park Plaza Dr.|Columbus, OH 43213-2648||||